**Order entered March 18, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-19-01303-CV**

**A.W.E., Appellant**

**V.**

**D.M.F.N., Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-11265**

**ORDER**

Before the Court is appellant's March 16, 2020 second motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before April 23, 2020.

/s/ ERIN A. NOWELL
JUSTICE